UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                    )
                                          )
CORTINOVIS MACHINERY                      )
AMERICA, INC.,                            )     CASE NO. 14-34739
                                          )
                                          )     CHAPTER 7
_____              )

NOTICE DEPOSITING FUNDS TO THE REGISTRY OF THE COURT
PURSUANT TO LOCAL RULE 12(b)

Karen E. Bezner, as Trustee of the above styled case, and respectfully shows that pursuant to the order directing disbursement of funds dated March 24, 2020, the Trustee has disbursed the entire amount in the Trustee's account; that all checks have cleared with the exception of the following:

| CLAIM NO. | CLAIMANT NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | Eurolis Group<br>Via Malignani 14<br>33040 Attimis UD | $23,394.02 |
| 8 | Orion<br>c/o Recovery Management Systems Corp.<br>25 S. E. 2nd Avenu7e, Suite 1120<br>Miami, FL 33131-1605 | $ 1,479.69 |

As more than 90 days has elapsed since the distribution of the final dividend; and pursuant to the provisions of 11 U.S.C. §347, the undersigned attaches hereto a check in the amount of $24,873.71 payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and their addresses as far as known are given the above.

/s/ Karen E. Bezner
Karen E. Bezner, Trustee

Dated: September 21, 2020