# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: CORTINOVIS MACHINERY AMERICA, INC.   § Case No. 14-34739-KCF
                                             §
                                             §
Debtor(s)                                    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN E. BEZNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $2,364,138.49              Assets Exempt: N/A
(without deducting any secured claims)

Total Distribution to Claimants: $586,201.45   Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $189,644.89
```

3) Total gross receipts of $ 775,846.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $775,846.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 174,886.41 | 174,886.41 | 174,886.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 14,758.48 | 14,758.48 | 14,758.48 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,991,061.06 | 2,655,447.32 | 2,625,343.58 | 586,201.45 |
| **TOTAL DISBURSEMENTS** | $3,991,061.06 | $2,845,092.21 | $2,814,988.47 | $775,846.34 |

    4) This case was originally filed under Chapter 7 on December 08, 2014. The case was pending for 71 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2020    By: /s/KAREN E. BEZNER
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reversed Deposit 100001 1 Bank Account Proceeds | 1129-000 | -447,386.98 |
| Reversed Deposit Rev. 4  Reversed Deposit 100001 | 1129-000 | 447,386.98 |
| Petty Cash | 1129-000 | 787.21 |
| Wachovia Bank - Checking Account Ending In 8461 | 1129-000 | 447,386.98 |
| Amounts Due And Owing From Various Customers | 1121-000 | 9,453.00 |
| 2007 BMW 328 XI Vin No. WBAVC93597K272149 | 1129-000 | 1,700.00 |
| Refund From ADP | 1290-000 | 39.13 |
| Receivable Due From Italian Parent Company | 1221-000 | 311,630.02 |
| Tax Refund | 1224-000 | 1,250.00 |
| Refund of Unused Retainer Funds By Goldberg Sega | 1290-000 | 3,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$775,846.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - KAREN E. BEZNER | 2100-000 | N/A | 42,042.32 | 42,042.32 | 42,042.32 |
| Trustee Expenses - KAREN E. BEZNER | 2200-000 | N/A | 279.68 | 279.68 | 279.68 |
| Attorney for Trustee Fees (Trustee Firm) - Karen E. Bezner, Esq. | 3110-000 | N/A | 22,837.50 | 22,837.50 | 22,837.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Karen E. Bezner, Esq. | 3120-000 | N/A | 196.94 | 196.94 | 196.94 |
| Other - Bederson, LLP | 3410-000 | N/A | 50,845.00 | 50,845.00 | 50,845.00 |
| Other - Bederson, LLP | 3420-000 | N/A | 1,043.26 | 1,043.26 | 1,043.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 193.05 | 193.05 | 193.05 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 255.61 | 255.61 | 255.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 650.09 | 650.09 | 650.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 612.96 | 612.96 | 612.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 699.48 | 699.48 | 699.48 |
| Other - International Sureties, Ltd | 2300-000 | N/A | -101.03 | -101.03 | -101.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 654.89 | 654.89 | 654.89 |
| Other - A. Atkins Appraisal Corporation | 3711-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 631.69 | 631.69 | 631.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 874.41 | 874.41 | 874.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,136.35 | 1,136.35 | 1,136.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,062.18 | 1,062.18 | 1,062.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,170.54 | 1,170.54 | 1,170.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,095.60 | 1,095.60 | 1,095.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,057.56 | 1,057.56 | 1,057.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,201.85 | 1,201.85 | 1,201.85 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 319.31 | 319.31 | 319.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,051.63 | 1,051.63 | 1,051.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,049.69 | 1,049.69 | 1,049.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,192.90 | 1,192.90 | 1,192.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,046.52 | 1,046.52 | 1,046.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,045.72 | 1,045.72 | 1,045.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,190.40 | 1,190.40 | 1,190.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,044.33 | 1,044.33 | 1,044.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,186.72 | 1,186.72 | 1,186.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,077.14 | 1,077.14 | 1,077.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,039.74 | 1,039.74 | 1,039.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,145.81 | 1,145.81 | 1,145.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,072.46 | 1,072.46 | 1,072.46 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 239.36 | 239.36 | 239.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,145.24 | 1,145.24 | 1,145.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,000.40 | 1,000.40 | 1,000.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,106.11 | 1,106.11 | 1,106.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 997.58 | 997.58 | 997.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,174.14 | 1,174.14 | 1,174.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,065.71 | 1,065.71 | 1,065.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,028.70 | 1,028.70 | 1,028.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,170.45 | 1,170.45 | 1,170.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,030.65 | 1,030.65 | 1,030.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,135.69 | 1,135.69 | 1,135.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,063.08 | 1,063.08 | 1,063.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,026.16 | 1,026.16 | 1,026.16 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 227.80 | 227.80 | 227.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,165.99 | 1,165.99 | 1,165.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 987.53 | 987.53 | 987.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,056.65 | 1,056.65 | 1,056.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,019.95 | 1,019.95 | 1,019.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,159.12 | 1,159.12 | 1,159.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,016.92 | 1,016.92 | 1,016.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,120.56 | 1,120.56 | 1,120.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,083.88 | 1,083.88 | 1,083.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 558.59 | 558.59 | 558.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 657.83 | 657.83 | 657.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 597.49 | 597.49 | 597.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 577.10 | 577.10 | 577.10 |
| Other - Karen E. Bezner, Esq. | 2300-000 | N/A | 310.35 | 310.35 | 310.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 656.09 | 656.09 | 656.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 556.01 | 556.01 | 556.01 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 575.43 | 575.43 | 575.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 634.45 | 634.45 | 634.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 614.09 | 614.09 | 614.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 554.19 | 554.19 | 554.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 652.65 | 652.65 | 652.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 592.78 | 592.78 | 592.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 572.55 | 572.55 | 572.55 |
| Other - Mechanics Bank | 2600-000 | N/A | 651.04 | 651.04 | 651.04 |
| Other - Mechanics Bank | 2600-000 | N/A | 551.87 | 551.87 | 551.87 |
| Other - Mechanics Bank | 2600-000 | N/A | 649.93 | 649.93 | 649.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $174,886.41 | $174,886.41 | $174,886.41 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nelson Family Limited Partnership | 6920-000 | N/A | 14,758.48 | 14,758.48 | 14,758.48 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $14,758.48 | $14,758.48 | $14,758.48 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State of New Jersey | 5800-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Service Wire Co. | 7100-000 | 748,125.00 | 748,125.00 | 748,125.00 | 167,045.55 |
| 2 | Internal Revenue Service | 7100-000 | N/A | 10,034.58 | 0.00 | 0.00 |
| 2 -2 | Internal Revenue Service | 7100-000 | N/A | 10,034.58 | 0.00 | 0.00 |
| 2 -3 | Internal Revenue Service | 7100-000 | N/A | 10,034.58 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 -4 | Internal Revenue Service | 7100-000 | N/A | 10,034.58 | 10,034.58 | 2,240.58 |
| 3 | CIT Finance, LLC | 7100-000 | 3,859.47 | 3,599.51 | 3,599.51 | 803.72 |
| 4 | Pitney Bowes | 7100-000 | 3,707.76 | 775.48 | 775.48 | 173.15 |
| 5 | Bridon American Corp. | 7100-000 | 684,216.00 | 684,216.00 | 684,216.00 | 152,775.59 |
| 6 | The Okonite Co., Inc. | 7100-000 | 978,643.50 | 978,643.50 | 978,643.50 | 218,517.01 |
| 7 | Registry of the Court - Eurolls Group | 7100-001 | 145,539.16 | 104,771.72 | 104,771.72 | 23,394.02 |
| 8 | Registry of the Court - Orion | 7100-001 | N/A | 6,626.91 | 6,626.91 | 1,479.69 |
| 9 | Nelson Family Limited Partnership | 7100-000 | N/A | 88,550.88 | 88,550.88 | 19,772.14 |
| NOTFILED | Teurema | 7100-000 | 9,862.00 | N/A | N/A | 0.00 |
| NOTFILED | Vitari, SPA | 7100-000 | 215,454.90 | N/A | N/A | 0.00 |
| NOTFILED | Southwire Company | 7100-000 | 251,857.20 | N/A | N/A | 0.00 |
| NOTFILED | Cortinovis Machinery SPA | 7100-000 | 949,796.07 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,991,061.06** | **$2,655,447.32** | **$2,625,343.58** | **$586,201.45** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34739-KCF  
**Case Name:** CORTINOVIS MACHINERY AMERICA, INC.

**Trustee:** (500480)   KAREN E. BEZNER  
**Filed (f) or Converted (c):** 12/08/14 (f)  
**§341(a) Meeting Date:** 01/06/15

**Period Ending:** 11/03/20

**Claims Bar Date:** 03/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty Cash | 993.83 | 787.21 | | 787.21 | FA |
| 2 | Wachovia Bank - Checking Account Ending In 8461 | 447,185.52 | 447,386.98 | | 447,386.98 | FA |
| 3 | Deposits With Various Suppliers | 2,359,658.49 | 0.00 | | 0.00 | FA |
| 4 | Security Deposit Held By Landlord:<br>Nelson Family Partnership | 4,480.00 | 0.00 | | 0.00 | FA |
| 5 | Amounts Due And Owing From Various Customers<br>Of Debtor | 718,842.10 | 718,842.10 | | 9,453.00 | FA |
| 6 | 2007 BMW 328 XI Vin No. WBAVC93597K272149<br>246,000 miles | 5,209.00 | 5,209.00 | | 1,700.00 | FA |
| 7 | Furniture | Unknown | 0.00 | OA | 0.00 | FA |
| 8 | Office Equipment | Unknown | 0.00 | OA | 0.00 | FA |
| 9 | Computer Software | Unknown | 0.00 | OA | 0.00 | FA |
| 10 | Inventory | Unknown | 0.00 | OA | 0.00 | FA |
| 11 | Refund From ADP  (u) | 0.00 | 39.13 | | 39.13 | FA |
| 12 | Receivable Due From Italian Parent Company  (u)<br>Cortinovis Machinery S.P.A. | 0.00 | 311,630.02 | | 311,630.02 | FA |
| 13 | Tax Refund  (u) | 0.00 | 1,250.00 | | 1,250.00 | FA |
| 14 | Refund of Unused Retainer Funds By Goldberg Sega<br>(u) | 0.00 | 3,600.00 | | 3,600.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$3,536,368.94** | **$1,488,744.44** | | **$775,846.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/30/2015

Trustee continues to collect installments due from Italian parent corporation in its own bankruptcy case and has received two (2) such installments to date.  Trustee reviewing potential preference and/or fraudulent transfers for recovery by the estate.

(Asset #6) - Sale of BMW 05/19/2016

09/30/2017

Claims review and challenges if necessary.  Final estate tax returns and fee applications to be submitted.

09/30/2018

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34739-KCF  **Trustee:** (500480) KAREN E. BEZNER
**Case Name:** CORTINOVIS MACHINERY AMERICA, INC.  **Filed (f) or Converted (c):** 12/08/14 (f)
  **§341(a) Meeting Date:** 01/06/15
**Period Ending:** 11/03/20  **Claims Bar Date:** 03/19/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Trustee has collected the last of the distributions available from the Italian Corporation, currently involved in bankruptcy proceedings in Italy. Trustee has covered the issues addressed in her accountants report regarding possible preference and other insider payments, and accounts receivable.

09/30/3019
Trustee awaiting final tax returns and accountant's fee application.

01/10/2020
TFR submitted to Office of the United States Trustee for review and approval.

03/24/2020
TFR approved

09/30/2020
TDR to be submitted

**Initial Projected Date Of Final Report (TFR):** March 30, 2017    **Current Projected Date Of Final Report (TFR):** January 10, 2020 (Actual)

Printed: 11/03/2020 11:46 AM    V.20.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-34739-KCF  
**Case Name:** CORTINOVIS MACHINERY AMERICA, INC.  
**Taxpayer ID #:** **-***7611  
**Period Ending:** 11/03/20  

**Trustee:** KAREN E. BEZNER (500480)  
**Bank Name:** Mechanics Bank  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $28,672,304.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/14 | {2} | Wells Fargo - Cashier's Check | Bank Account Proceeds | 1129-000 | 447,386.98 | | 447,386.98 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.05 | 447,193.93 |
| 01/15/15 | {1} | Wells Fargo Cashier's Check | Petty Cash | 1129-000 | 787.21 | | 447,981.14 |
| 01/15/15 | {5} | Southwire | Account Receivable | 1121-000 | 9,453.00 | | 457,434.14 |
| 01/20/15 | 101 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/20/2015 FOR CASE #14-34739 | 2300-000 | | 255.61 | 457,178.53 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 650.09 | 456,528.44 |
| 02/13/15 | {11} | Automatic Data Processing | Refund from ADP | 1290-000 | 39.13 | | 456,567.57 |
| 02/20/15 | {11} | Automatic Data Processing | Reversed Deposit 100003 1 Refund from ADP: Returned due to stop payment | 1290-000 | -39.13 | | 456,528.44 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 612.96 | 455,915.48 |
| 03/11/15 | | Wells Fargo - Cashier's Check | Reversed Deposit Rev. 4  Reversed Deposit 100001 1 Bank Account Proceeds | 1129-000 | 447,386.98 | | 903,302.46 |
| 03/11/15 | | Wells Fargo - Cashier's Check | Reversed Deposit 100001 1 Bank Account Proceeds | 1129-000 | -447,386.98 | | 455,915.48 |
| 03/30/15 | {11} | Automatic Data Processing | Refund | 1290-000 | 39.13 | | 455,954.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 699.48 | 455,255.13 |
| 04/14/15 | | International Sureties, Ltd | Refund of Premium Overcharge January 2015 | 2300-000 | | -101.03 | 455,356.16 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 654.89 | 454,701.27 |
| 05/12/15 | 102 | A. Atkins Appraisal Corporation | Fees Awarded Per Order Dated 04/28/2015 | 3711-000 | | 1,000.00 | 453,701.27 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 631.69 | 453,069.58 |
| 06/18/15 | {12} | Cortinovis Machinery S.P.A. | WireTransfer Received From Italian parent company - Distribution From Parent Company A/R | 1221-000 | 311,630.02 | | 764,699.60 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 874.41 | 763,825.19 |
| 07/10/15 | {13} | State of New Jersey | 2014 Refund | 1224-000 | 1,250.00 | | 765,075.19 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,136.35 | 763,938.84 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,062.18 | 762,876.66 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,170.54 | 761,706.12 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,095.60 | 760,610.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,057.56 | 759,552.96 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,201.85 | 758,351.11 |
| 01/19/16 | 103 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2016 FOR CASE #14-34739 | 2300-000 | | 319.31 | 758,031.80 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,051.63 | 756,980.17 |

Subtotals :        $770,546.34        $13,566.17

{} Asset reference(s)                                                                    Printed: 11/03/2020 11:46 AM    V.20.23

Case 14-34739-KCF    Doc 56    Filed 11/13/20    Entered 11/13/20 12:35:14    Desc Main
Document      Page 11 of 14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-34739-KCF  
**Case Name:** CORTINOVIS MACHINERY AMERICA, INC.  

**Taxpayer ID #:** **-***7611  
**Period Ending:** 11/03/20  

**Trustee:** KAREN E. BEZNER (500480)  
**Bank Name:** Mechanics Bank  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $28,672,304.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,049.69 | 755,930.48 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,192.90 | 754,737.58 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,046.52 | 753,691.06 |
| 05/19/16 | {6} | Morristown Car Wash LLC | Sale of 2007 BMW~ | 1129-000 | 1,700.00 | | 755,391.06 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,045.72 | 754,345.34 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,190.40 | 753,154.94 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,044.33 | 752,110.61 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,186.72 | 750,923.89 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,077.14 | 749,846.75 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,039.74 | 748,807.01 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,145.81 | 747,661.20 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,072.46 | 746,588.74 |
| 01/25/17 | 104 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/25/2017 FOR CASE #14-34739 | 2300-000 | | 239.36 | 746,349.38 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,145.24 | 745,204.14 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,000.40 | 744,203.74 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,106.11 | 743,097.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 997.58 | 742,100.05 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,174.14 | 740,925.91 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,065.71 | 739,860.20 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,028.70 | 738,831.50 |
| 08/22/17 | {14} | Goldberg Segalla, LLP | Refund of Unused Retainer | 1290-000 | 3,600.00 | | 742,431.50 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,170.45 | 741,261.05 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,030.65 | 740,230.40 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,135.69 | 739,094.71 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,063.08 | 738,031.63 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,026.16 | 737,005.47 |
| 01/17/18 | 105 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/17/2018 FOR CASE #14-34739 | 2300-000 | | 227.80 | 736,777.67 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,165.99 | 735,611.68 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 987.53 | 734,624.15 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,056.65 | 733,567.50 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,019.95 | 732,547.55 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,159.12 | 731,388.43 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,016.92 | 730,371.51 |

Subtotals :     $5,300.00     $31,908.66

{} Asset reference(s)            Printed: 11/03/2020 11:46 AM    V.20.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-34739-KCF  
**Case Name:** CORTINOVIS MACHINERY AMERICA, INC.  
**Taxpayer ID #:** **-***7611  
**Period Ending:** 11/03/20

**Trustee:** KAREN E. BEZNER (500480)  
**Bank Name:** Mechanics Bank  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $28,672,304.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,120.56 | 729,250.95 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,083.88 | 728,167.07 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 558.59 | 727,608.48 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 657.83 | 726,950.65 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.49 | 726,353.16 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 577.10 | 725,776.06 |
| 01/16/19 | 106 | Karen E. Bezner, Esq. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/16/2019 FOR CASE #14-34739 | 2300-000 | | 310.35 | 725,465.71 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 656.09 | 724,809.62 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 556.01 | 724,253.61 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 575.43 | 723,678.18 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 634.45 | 723,043.73 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 614.09 | 722,429.64 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 554.19 | 721,875.45 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 652.65 | 721,222.80 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 592.78 | 720,630.02 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 572.55 | 720,057.47 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 651.04 | 719,406.43 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 551.87 | 718,854.56 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 649.93 | 718,204.63 |
| 03/26/20 | 107 | KAREN E. BEZNER | Dividend paid 100.00% on $42,042.32, Trustee Compensation; Reference: | 2100-000 | | 42,042.32 | 676,162.31 |
| 03/26/20 | 108 | KAREN E. BEZNER | Dividend paid 100.00% on $279.68, Trustee Expenses; Reference: | 2200-000 | | 279.68 | 675,882.63 |
| 03/26/20 | 109 | Karen E. Bezner, Esq. | Dividend paid 100.00% on $22,837.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 22,837.50 | 653,045.13 |
| 03/26/20 | 110 | Karen E. Bezner, Esq. | Dividend paid 100.00% on $196.94, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 196.94 | 652,848.19 |
| 03/26/20 | 111 | Bederson, LLP | Dividend paid 100.00% on $50,845.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 50,845.00 | 602,003.19 |
| 03/26/20 | 112 | Bederson, LLP | Dividend paid 100.00% on $1,043.26, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 1,043.26 | 600,959.93 |
| 03/26/20 | 113 | Nelson Family Limited Partnership | Dividend paid 100.00% on $14,758.48, Admin. | 6920-000 | | 14,758.48 | 586,201.45 |

Subtotals :      $0.00      $144,170.06

{} Asset reference(s)                                                      Printed: 11/03/2020 11:46 AM    V.20.23

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 14-34739-KCF  
**Case Name:** CORTINOVIS MACHINERY AMERICA, INC.  
**Taxpayer ID #:** **-***7611  
**Period Ending:** 11/03/20

**Trustee:** KAREN E. BEZNER (500480)  
**Bank Name:** Mechanics Bank  
**Account:** ******1666 - Checking Account  
**Blanket Bond:** $28,672,304.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Rent (post-petition storage fees, leases, etc.) (Chapter 11); Reference: | | | | |
| 03/26/20 | 114 | Service Wire Co. | Dividend paid 22.32% on $748,125.00; Claim# 1; Filed: $748,125.00; Reference: | 7100-000 | | 167,045.55 | 419,155.90 |
| 03/26/20 | 115 | Internal Revenue Service | Dividend paid 22.32% on $10,034.58; Claim# 2 -4; Filed: $10,034.58; Reference: Stopped on 09/01/20 | 7100-000 | | 2,240.58 | 416,915.32 |
| 03/26/20 | 116 | CIT Finance, LLC | Dividend paid 22.32% on $3,599.51; Claim# 3; Filed: $3,599.51; Reference: | 7100-000 | | 803.72 | 416,111.60 |
| 03/26/20 | 117 | Pitney Bowes | Dividend paid 22.32% on $775.48; Claim# 4; Filed: $775.48; Reference: | 7100-000 | | 173.15 | 415,938.45 |
| 03/26/20 | 118 | Bridon American Corp. | Dividend paid 22.32% on $684,216.00; Claim# 5; Filed: $684,216.00; Reference: | 7100-000 | | 152,775.59 | 263,162.86 |
| 03/26/20 | 119 | The Okonite Co., Inc. | Dividend paid 22.32% on $978,643.50; Claim# 6; Filed: $978,643.50; Reference: | 7100-000 | | 218,517.01 | 44,645.85 |
| 03/26/20 | 120 | Eurolls Group | Dividend paid 22.32% on $104,771.72; Claim# 7; Filed: $104,771.72; Reference: Stopped on 09/21/20 | 7100-000 | | 23,394.02 | 21,251.83 |
| 03/26/20 | 121 | Orion | Dividend paid 22.32% on $6,626.91; Claim# 8; Filed: $6,626.91; Reference: Stopped on 09/21/20 | 7100-000 | | 1,479.69 | 19,772.14 |
| 03/26/20 | 122 | Nelson Family Limited Partnership | Dividend paid 22.32% on $88,550.88; Claim# 9; Filed: $88,550.88; Reference: | 7100-000 | | 19,772.14 | 0.00 |
| 09/01/20 | 115 | Internal Revenue Service | Dividend paid 22.32% on $10,034.58; Claim# 2 -4; Filed: $10,034.58; Reference: Stopped: check issued on 03/26/20 | 7100-000 | | -2,240.58 | 2,240.58 |
| 09/01/20 | 123 | Internal Revenue Service | Re-Issue of Stale Distribution Check - Dividend Paid 22.32% of $10,034.58; Claim No. 2-4 | 7100-000 | | 2,240.58 | 0.00 |
| 09/21/20 | 120 | Eurolls Group | Dividend paid 22.32% on $104,771.72; Claim# 7; Filed: $104,771.72; Reference: Stopped: check issued on 03/26/20 | 7100-000 | | -23,394.02 | 23,394.02 |
| 09/21/20 | 121 | Orion | Dividend paid 22.32% on $6,626.91; Claim# 8; Filed: $6,626.91; Reference: Stopped: check issued on 03/26/20 | 7100-000 | | -1,479.69 | 24,873.71 |
| 09/21/20 | 124 | Registry of the Court | Unclaimed Funds | | | 24,873.71 | 0.00 |
| | | | 23,394.02 | 7100-001 | | | 0.00 |
| | | | 1,479.69 | 7100-001 | | | 0.00 |

Subtotals :    $0.00    $586,201.45

{} Asset reference(s)                                                                                                Printed: 11/03/2020 11:46 AM    V.20.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 14-34739-KCF | | Trustee: | KAREN E. BEZNER (500480) |
|---|---|---|---|---|
| Case Name: | CORTINOVIS MACHINERY AMERICA, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******1666 - Checking Account |
| Taxpayer ID #: | **-***7611 | | Blanket Bond: | $28,672,304.00 (per case limit) |
| Period Ending: | 11/03/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 775,846.34 | 775,846.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 775,846.34 | 775,846.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$775,846.34** | **$775,846.34** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1666** | 775,846.34 | 775,846.34 | 0.00 |
| | $775,846.34 | $775,846.34 | $0.00 |

{} Asset reference(s)

Printed: 11/03/2020 11:46 AM    V.20.23